**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-6805**

―――――――――

JEFFREY S. BLANEY,

                              Plaintiff - Appellant,

        versus

G. F. DRISCOLL, Law Librarian,

                              Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-98-1449-AM)

―――――――――

Submitted:  September 19, 2002      Decided:  September 27, 2002

―――――――――

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jeffrey S. Blaney, Appellant Pro Se.  Samuel Lawrence Dumville, Virginia Beach, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffery S. Blaney appeals from the district court's order denying his motion to reconsider the denial of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on reasoning of the district court, see Blaney v. Driscoll, No. CA-98-1449-AM (E.D. Va. Apr. 18, 2002), noting that because the motion to reconsider was filed more than ten days after entry of the final judgment, the motion only is properly considered under Fed. R. Civ. P. 60(b). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED